# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

Marilyn Kelly,
Chief Justice

137408

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STEPHEN S. DOBKOWSKI, JR.,
      Plaintiff-Appellant,

v

                                       SC: 137408
                                       COA: 278051
                                       Wayne CC: 06-625046-AW

JOHN B. O'REILLY, JR., NANCY A.
HUBBARD, SUZANNE SAREINI, MARK
SHOOSHANIAN, ROBERT ABRAHAM and
DEARBORN CHARTER REVISION
COMMISSION,
           Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the August 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk

1215